**KAWASAKI HEAVY INDUSTRIES, LTD. (also known as Kawasaki Jukogyo Kabushiki Kaisha), Plaintiff–Appellant,**

v.

**BOMBARDIER RECREATIONAL PRODUCTS, INC. and BRP US, Inc. (also known as BRP–US), Defendants–Appellees.**

No. 2010–1094.

United States Court of Appeals, Federal Circuit.

Aug. 20, 2010.

Nicholas H. Patton, Patton, Tidwell & Schroeder, L.L.P., Texarkana, TX, for Plaintiff–Appellant.

Brad M. Scheller, Morgan & Finnegan, LLP, New York, NY, for Defendants–Appellees.

ON MOTION

*ORDER*

Upon consideration of Kawasaki Heavy Industries, Ltd.'s unopposed motion to withdraw this appeal, *Kawasaki Heavy Industries, Ltd. v. Bombardier Recreational Products, Inc.,* case no. 06–CV–0222, (E.D.Tex.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.